RUSH MOORE LLP
A Limited Liability Law Partnership

TRACY G. CHINEN            4494-0
REGINAULD T. HARRIS        7516-0
737 Bishop Street, Suite 2400
Honolulu, Hawai'i 96813
Telephone: (808) 521-0400
Fax: (808) 521-0597
E-mail: TChinen@rmhawaii.com
E-mail: RHarris@rmhawaii.com

Attorneys for Defendant
PARK HOTELS & RESORTS INC., fka
HILTON WORLDWIDE, INC.

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSANN DOBSON, | CASE NO. CV17-00159 (KSC) |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; CERTIFICATE OF SERVICE |
| HILTON WORLDWIDE, INC. dba HILTON WAIKOLOA VILLAGE; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE JOINT VENTURES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, inclusive | Trial Date:  December 4, 2018<br>Judge:  Magistrate Judge Kevin S. C. Chang |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff SUSANN DOBSON and Defendant PARK HOTELS & RESORTS INC., fka HILTON WORLDWIDE, INC. through their respective attorneys, that Plaintiff's Complaint and all claims therein are hereby dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

There are no other claims or parties to this action. All appearing parties have signed this Stipulation. Trial before The Honorable Kevin S. C. Chang was scheduled for December 4, 2018.

This Stipulation is made pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, June 12, 2018.

/s/ Robert P. Marx
ROBERT P. MARX
Attorney for Plaintiff
SUSANN DOBSON

/s/ Reginauld T. Harris
TRACY G. CHINEN
REGINAULD T. HARRIS
Attorneys for Defendant
PARK HOTELS & RESORTS INC., fka
HILTON WORLDWIDE, INC.

DATED:  Honolulu, Hawaii, July 12, 2018.

APPROVED AND SO ORDERED:

     

Kevin S.C. Chang
United States Magistrate Judge

_____
*Susann Dobson v. Hilton Worldwide, Inc. dba Hilton Waikoloa Village*
CV 17-00159 (KSC); United States District Court for the District of Hawaii

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

3